**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-7403**

DEAN BRINSON,

                                        Petitioner - Appellant,

        versus

MICHAEL F. EASLEY,

                                        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-98-611-HC-H)

Submitted:  January 19, 1999        Decided:  February 10, 1999

Before MURNAGHAN, WILKINS, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dean Brinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Brinson v. Easley, No. CA-98-611-HC-H (E.D.N.C. Sept. 2, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2